ACCEPTED
12-13-00241-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/24/2015 12:17:40 PM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.

## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568     FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/24/2015 12:17:40 PM

CATHY S. LUSK
Clerk

April 23, 2015

James Scott Frels, TDCJ#01843329
Alfred Hughes
Rt. 2, Box 4400
Gatesville, Texas 76597

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
#7006 2760 0000 9143 8067

Re:    Cause No. 12-13-00241-CR, In the Twelfth Court of Appeals, Tyler, Texas
       Cause No. 9953: State of Texas v. James Scott Frels; Appeal

Dear Scott:

Enclosed is a copy of the Memorandum Opinion received from the Twelfth Court of Appeals wherein the decision of the trial court denying your writ of habeas was affirmed.

Under Rule 68, Texas Rules of Appellate Procedure, a Petition for Discretionary Review can be filed with the Texas Court of Criminal Appeals within thirty days of the court's decision or May 22, 2015. The Texas Court of Criminal Appeals is the highest court in Texas. The court reviews whether legal errors occurred in your case. I will submit written issues or questions to this court for further review.

I will file the Petition for Discretionary Review, on or before May 22, 2015 with the Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

Sincerely,

Albert J. Charanza, Jr.

Via E-File

CC:    Cathy S. Lusk, Clerk
       Twelfth Court of Appeals
       1517 West Front Street, Suite 354
       Tyler, Texas 75702

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

James Scott Frels, TDCJ#01843329
Alfred Hughes
Rt. 2, Box 4400
Gatesville, Texas 76597

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)     ☐ Yes

Article Number
(Transfer from service label)     7006 2760 0000 9143 8067

Form 3811, July 2013          Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees $

Sent To James Scott Frels, #01843329
Street, Apt. No.;
or PO Box No. Rt. 2. Box 4400
City, State, ZIP+4 Gatesville Tx 76597

PS Form 3800, August 2006          See Reverse for Instructions

7006 2760 0000 9143 8067
7006 2760 0000 9143 8067

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE